IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

(Violation No. 0764569/36)
Criminal Case No. 08-MJ-00102-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. NICHOLAS J. YANOSICH,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This case comes before the Court on Defendant's Motion for Return of Property. The Court finds as follows:

1. On August 31, 2007, the Defendant was issued Violation Notice No. 0764569/36 for embezzlement and theft from Indian Tribal Organization (the Southern Ute Indian Tribe).

2. At the time of the charge, Gaming Investigator, T. Simons of the Southern Ute Indian Tribe, seized $878.00 from the Defendant.

3. The above-cited Violation Notice was dismissed by the Court on February 5, 2008.

4. The case was re-filed as Criminal Case No. 08-MJ-00102-DLW and dismissed on April 24, 2008.

5. Throughout the pendency of both actions, the Government has never maintained custody of the $878.00 which still remains in the custody of the Southern Ute Indian Tribe, Division of Gaming.

6. The Government has no evidentiary need for retention of the $878.00.

7. If the Government were in possession of the $878.00 this Court would order the return of the money to the Defendant pursuant to F.R.C.P. 41, but because the Southern Ute Indian Tribe is a Sovereign Nation, this Court finds it has no jurisdiction over whether or not the Southern Ute Indian Tribe should return the $878.00 to the Defendant.

According, **IT IS ORDERED** that Defendant's Motion for Return of Property is **DENIED**.

**DATED: June 16, 2008**

BY THE COURT:

David L. West, United States Magistrate Judge

### CERTIFICATE OF MAILING

I hereby certify that on this _16th_ day of _July_, 2008, a true and correct copy of the foregoing Discovery Conference Memorandum and Order was placed in the U. S. Mail, postage prepaid to the following:

Todd Norvell, AUSA
103 Sheppard Drive, Room 215
Durango, Colorado 81303

Steven Wells
101 9th Street
Durango, Colorado 81301

By: _____
Assistant to Magistrate Judge

2

cc: Southern Ute Indian Tribe
Division of Gaming